## PANDUIT CORPORATION, Appellant,

v.

## ADC TELECOMMUNICATIONS, INC., Cross–Appellant.

Nos. 2013–1501, 2013–1502.

United States Court of Appeals, Federal Circuit.

April 17, 2014.

Jesse O. Collier, Oliff & Berridge, PLC, of Alexandria, VA, argued for appellant. With him on the brief were James A. Oliff and John W. O'Meara.

Philip P. Caspers, Carlson Caspers Vandenburgh Lindquist & Schuman, P.A., of Minneapolis, MN, argued for cross-appellant. With him on the brief were Timothy A. Lindquist, Samuel A. Hamer and Joseph W. Winkels.

DYK, PROST, and O'MALLEY, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**